**Opinion issued January 19, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00928-CR

_____

**JEFFERY JOHN FONTENOT III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Case No. 1703941**

---

## MEMORANDUM OPINION

Appellant's counsel has filed a motion to dismiss this appeal. Counsel includes an attachment with a signed statement by appellant Jeffery John Fontenot, III that he no longer wishes to pursue the appeal. Because this motion is signed by appellant's counsel and includes a signed statement from appellant agreeing that he

wishes to dismiss his appeal, we conclude that this motion complies with Rule 42.2(a), which requires that the motion be signed by both counsel and appellant. *See* TEX. R. APP. P. 42.2(a). No opinion has issued.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.2(a); 43.2(f). We dismiss as moot any pending motions.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).